IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03398-WYD-KLM

DEREK BOLTON,

    Plaintiff,

v.

ALPINE CREDIT, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Stipulated Motion to Vacate Final Pretrial Conference or, in the Alternative, for Appearance by Telephone** [#26] (the "Motion"). The parties jointly state that they have filed cross-motions for summary judgment, that there are no factual issues necessary for resolution at trial, and that "[t]he only disagreement remaining is one of law." Because the parties agree that this lawsuit will be resolved on the merits of the pending dispositive motions,

    IT IS HEREBY **ORDERED** that the Motion [#26] is **GRANTED**. The Final Pretrial Conference set for March 3, 2016, at 10:00 a.m. is **VACATED**. It shall be reset, if necessary, pending resolution of the dispositive motions [#14, #18].

    DATED: February 29, 2016 at Denver, Colorado.