IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-03398-WYD-KLM

DEREK BOLTON,

       Plaintiff,

v.

ALPINE CREDIT, INC.,

       Defendant.

---

## FINAL JUDGMENT

---

       Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on May 4, 2016, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

       ORDERED that judgment is hereby entered in favor of Defendant, Alpine Credit, Inc., and against Plaintiff, Derek Bolton, on Defendant's Cross-Motion for Judgment on the Pleadings.  It is further

       ORDERED that plaintiff's complaint and action are dismissed with prejudice.  It is further

       ORDERED that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 4th day of May, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


*/s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk